MISSISSIPPI VALLEY TRUST COMPANY, as Ancillary Executor of MARX HAMMER, Deceased, Respondent, *v.* MASONIC LIFE ASSOCIATION, Appellant.

*Mississippi Valley Trust Co.* v. *Masonic Life Assn.*, 173 App. Div. 1004, affirmed.

(Argued March 20, 1918; decided April 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 5, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of life insurance. The complaint alleged that the insured met his death in a fire which destroyed the building in which he resided. The defense was, *first,* that no satisfactory proof had been made establishing the death of the insured, and *second,* that his membership in the defendant association had lapsed owing to non-payment of dues.

*H. C. Minard* and *Harry D. Williams* for appellant.
*Vernon Cole* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, McLAUGHLIN and CRANE, JJ.